UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

STANLEY MORGAN,

    PLAINTIFF,

-vs-                                    CASE NO.:  4:16-CV-00378-CDL

VERIZON WIRELESS SERVICES, LLC,

    DEFENDANT.

_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, STANLEY MORGAN, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, STANLEY MORGAN, and Defendant, VERIZON WIRELESS SERVICES, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 16, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Michael P. Kohler, Esq., Miller & Martin, PLLC 1170 Peachtree Street N.E., Suite 800, Atlanta, GA  30309-7706 (michael.kohler@millermartin.com)

                                                                     /s/Octavio Gomez, Esquire
                                                                     Octavio "Tav" Gomez, Esquire
                                                                     Georgia Bar #: 617963
                                                                     Morgan & Morgan, Tampa, P.A.
                                                                     201 North Franklin Street, 7th Floor
                                                                     Tampa, FL 33602
                                                                     Telephone: (813) 223-5505
                                                                     Facsimile:  (813) 223-5402
                                                                     tgomez@forthepeople.com
                                                                     amferrera@forthepeople.com
                                                                     amoore2@forthepeople.com
                                                                     Attorney for Plaintiff