UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

STANLEY MORGAN,

    PLAINTIFF,

-vs-                                          CASE NO.: 4:16-CV-00378-CDL

VERIZON WIRELESS
SERVICES, LLC,

    DEFENDANT.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Stanley Morgan, and the Defendant, Verizon Wireless Services, LLC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses. The Parties respectfully request that the Clerk close this case.

    Respectfully submitted this 8th day of February, 2017.


| | |
|---|---|
| */s/Octavio Gomez, Esquire* | */s/Michael Kohler, Esquire* |
| Octavio "Tav" Gomez, Esquire | Michael Kohler, Esquire |
| Georgia Bar #: 617963 | Georgia Bar #: 427727 |
| Morgan & Morgan, Tampa, P.A. | Miller & Martin, PLLC |
| 201 North Franklin Street, 7th Floor | 1180 W. Peachtree Street N.W., Suite 2100 |
| Tampa, FL 33602 | Atlanta, GA 30309 |
| Telephone: (813) 223-5505 | Tele: (404) 962-6100 |
| Facsimile: (813) 223-5402 | Fax: (404) 962-6300 |
| tgomez@forthepeople.com | michael.kohler@millermartin.com |
| amferrera@forthepeople.com | *Counsel for Defendant* |
| amoore2@forthepeople.com | |
| *Counsel for Plaintiff* | |